NO. 07-02-0381-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E 

SEPTEMBER 24, 2002

______________________________

IN THE INTEREST OF BRITNNY FELIX, A CHILD,

_________________________________

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY;

NO. 32,414; HONORABLE LEE WATERS, JUDGE

_______________________________

Before QUINN and REAVIS, JJ.  and BOYD, S.J.
(footnote: -6)
DISMISSAL

Appellant Rafael Felix, Jr. perfected his accelerated appeal from the trial court’s order terminating his parental rights.  On September 18, 2002, the trial court signed an order granting appellant a new trial and sustaining his claim of indigence.  An order granting a new trial vacates the original judgment appealed from and returns the case to the trial court as if no previous trial or hearing had been conducted.  
See 
Old Republic Ins. Co. v. Scott, 846 S.W.2d 832, 833 (Tex. 1993); Long John Silver’s, Inc. v. Martinez, 850 S.W.2d 773, 777 (Tex.App.–San Antonio 1993, writ dism’d w.o.j.).  Thus, there is no final judgment from which an appeal may be prosecuted.  

Accordingly, the appeal is dismissed for want of jurisdiction.

Don H. Reavis

    Justice

Do not publish.

FOOTNOTES
-6:
*John T.  Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment
.